# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

United States District Court
Southern District of Texas
FILED

OCT - 7 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Ivan Alberto GARCIA-Mendoza

AKA: Ivan MENDOZA-Trevino
IAE    YOB: 1980
Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-16-1877-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 7, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On October 7, 2016, Ivan Alberto GARCIA-Mendoza a citizen of Mexico was encountered and arrested by Immigration Officers with the Harlingen Fugitive Operations Unit in Mission, Texas. Record checks revealed the defendant was formally removed from the United States to Mexico on May 20, 2015 via the Brownsville, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about January 20, 2016 by wading the Rio Grande River at or near Hidalgo, Texas. On September 20, 2010, the defendant was convicted of 8 USC 1326, Being found in the U.S. after previous deportation and sentenced to seventy (70) months to the custody of the United States Bureau of Prisons and two (2) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

ICE
Juan Lopez    Deportation officer
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

October 7, 2016    3:40 pm    at    McAllen, Texas
Date                                 City and State

Peter E. Ormsby    U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer